Ex parte González, Petitioner.

## Petition for a Writ of Habeas Corpus.

### No. 78.—Decided May 22, 1922.

Decided on the grounds of the opinion delivered in the case of *People* v. *Rivera*, *ante.* page 520.

*Mr. A. Dones* for the petitioner.

*Denied.*

Chief Justice Del Toro and Justices Aldrey and Franco Soto concurred.

Mr. Justice Hutchison concurred in the judgment.

Mr. Justice Wolf dissented.